UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EARL MCGEATHY,

    Plaintiff,

                                            File no: 2:08-CV-7

v.

                                            HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
                             /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

       NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

       ACCORDINGLY, IT IS ORDERED that:

       Plaintiff's complaint is hereby **DISMISSED** for failure to prosecute.


Dated:   September 5, 2008                  /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE